FILED

AUG 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Case No. 08 MJ 8728 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Alberto ROCHA-Acosta (1), | Importation of a Controlled Substance (Felony) |
| Isaura RODRIGUEZ-Tapia (2), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on or about August 14, 2008 within the Southern District of California, defendants Alberto ROCHA-Acosta and Isaura RODRIGUEZ-Tapia did knowingly and intentionally import approximately 48.60 kilograms (106.92 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Torregrosa Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF AUGUST 2008.

JAY R. IRWIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Alberto ROCHA-Acosta (1)
Isaura RODRIGUEZ-Tapia (2)

### STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On August 14, 2008, at approximately 1625 hours, Alberto ROCHA-Acosta (ROCHA) entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry. ROCHA was the driver and registered owner of a 2005 Dodge Caravan, bearing California U.S. plate 6EMN848. ROCHA was accompanied by his girlfriend Isaura RODRIGUEZ-Tapia (RODRIGUEZ).

Customs and Border Protection Canine Officer (CBPCO) E. Smura contacted ROCHA as a result of his assigned Human/Narcotic Detector Dog's alert during a pre-primary operation. CBPCO Smura obtained negative Customs declarations from ROCHA and RODRIGUEZ. During CBPCO Smura's pre-primary inspection, CBPCO Smura noticed ROCHA and RODRIGUEZ were nervous, their nervous demeanor included, no eye contact, trembling of hands, sweating and anxious to clear inspection. CBPCO Smura asked ROCHA about the vehicle he was driving and ROCHA stated he owned the van over a month and he lived in Somerton, Arizona.

CBPCO J. Jones conducted a cursory search of the quarter panels and discovered several packages. ROCHA and RODRIGUEZ were escorted to the vehicle secondary office for further inspection.

Upon arrival to the vehicle secondary office, CBPO L. Garcia contacted ROCHA and RODRIGUEZ and obtained negative Customs declarations. CBPO Garcia conducted an inspection of the vehicle

1   and discovered several packages wrapped with clear plastic and
2   brown postal tape hidden within the quarter panels and dashboard of
3   the vehicle. CBPO Garcia probed one of the packages, which produced
4   a green leafy substance, which field-tested positive for marijuana.
5       CBPO Garcia removed forty-four (44) packages with a total net
6   weight of 48.60 kilograms (106.92 pounds) of marijuana.
7       Special Agent Torregrosa read the Miranda Rights to ROCHA and
8   RODRIGUEZ which they understood and waived agreeing to answer
9   questions.   ROCHA stated a subject known to him as "EL GORDO"
10  offered him $2,500.00 to smuggle marijuana into the United States.
11  RODRIGUEZ stated she knew they were smuggling drugs and she was
12  going to get money.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28